**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

PHI HEALTH, LLC,

*Plaintiff,*

v.

COMMUNITY INSURANCE COMPANY DBA ANTHEM BLUE CROSS AND BLUE SHIELD, *et al.*,

*Defendants.*

Civil Action No.: 2:26-cv-01122-MHW-KAJ

Judge Michael H. Watson

**DEFENDANT STERIS CORPORATION'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant University of Dayton certifies that it does not have a parent company and that no publicly held corporation owns more than 10% of its stock.

Date: September 30, 2026

Respectfully submitted,

*/s/ Kyle R. Gerlach*
Kyle R. Gerlach (0093433)
TROUTMAN PEPPER LOCKE LLP
7456 Jager Court, Suite 7456-B
Cincinnati, OH 45230
Phone: 513-875-6304
Fax: 513-672-0825
kyle.gerlach@troutman.com
*Counsel for Community Insurance Company dba Anthem Blue Cross and Blue Shield; Ashtabula County Schools Council of Governments, Carter-Jones Companies, Inc., Cleveland-Cliffs Inc.; Commercial Roofing & Coating Systems, L.L.C.; Diplomate Healthcare, LLC; Leaders Moving Company, Inc. ; Ohio Laborers Fund; Ohio Laborers Insurance Fund Health and Welfare*

*Benefit Plan; Saybrook Contractor's Association Insurance Fund; University of Dayton*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed and served via the Court's electronic filing system on September 30, 2026.

*/s/ Kyle R. Gerlach*
Kyle R. Gerlach