**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION**

| | |
|---|---|
| PHI HEALTH LLC,<br><br>Plaintiff,<br><br>vs.<br><br>COMMUNITY INSURANCE COMPANY, INC., et al.<br><br>Defendants. | No. 2:26-cv-1122-MHW-KAJ |

**WALMART INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendants, Walmart Inc. ("Walmart") and Walmart Inc. Associates' Health and Welfare Plan ("Plan"), make the following corporate disclosure to the Court and opposing counsel:

Walmart sponsors the Walmart Inc. Associates' Health and Welfare Plan ("Plan"), which is a comprehensive employee welfare benefits plan offering participants self-funded and fully-insured benefits. Walmart is publicly traded under the symbol WMT. There are no other presently known publicly traded companies that own more than 10 percent of Walmart stock.

Dated: October 1, 2026.

Respectfully Submitted,

/s/ J. Gordon Howard

[Local Counsel]

Mark A. Shaw (0059713)
EASTMAN & SMITH, LTD
250 Civic Center Drive, Suite 280
Columbus, OH 43215
Telephone: (614) 564-1441
E-mail: mashaw@eastmansmith.com

[Lead Counsel]

J. Gordon Howard (TN 26850)
**J. GORDON HOWARD, PLLC**
1715 Aaron Brenner Drive, Suite 450
Memphis, TN 38120
Telephone: (901) 902-5610
Email: gordon@jghlegal.com

Attorneys for Defendants Walmart, Inc. and Walmart Inc. Associates' Health and Welfare Plan.

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2026, I served a copy of the foregoing document upon all counsel of record by electronic filing in accordance with the Court's electronic filing program, and by properly addressed first class mail to any others.

/s/ J. Gordon Howard_________________
J. Gordon Howard