IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION)

| | | |
|---|---|---|
| PHI HEALTH, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO: 2:26-cv-01122 -MHW-KAJ |
| vs. | ) | |
| | ) | |
| COMMUNITY INSURANCE COMPANY INC. d/b/a ANTHEM BLUE CROSS BLUE SHIELD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**

Kindly enter the appearance of Jeremy V. Farrell, Esquire and Tucker Arensberg, P.C., on behalf of Defendant, Ohio Bricklayers Trust Fund, in the above-captioned case.

TUCKER ARENSBERG, P.C.

*s/Jeremy V. Farrell*
Jeremy V. Farrell, Esquire (0087790)
jfarrell@tuckerlaw.com

1500 One PPG Place
Pittsburgh, PA 15222
Phone: 412-594-3938

Attorneys for Defendant, Ohio Bricklayers Trust Fund

TADMS:21828704-1 042311-211334

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the U.S. District Court's electronic email system to all parties of record this 1st day of October 2026.

*s/Jeremy V. Farrell*
Jeremy V. Farrell, Esquire (0087790)