**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHI HEALTH, LLC,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY INSURANCE COMPANY, INC., dba ANTHEM BLUE CROSS AND BLUE SHIELD, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:26-cv-01122 |

**MARMON HOLDINGS, INC'S FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Marmon Holdings, Inc. hereby makes the following disclosures:

1. Marmon Holdings, Inc. is a Delaware corporation with its principal place of business in Illinois.

2. Marmon Holdings, Inc. is a subsidiary of Berkshire Hathaway, Inc., a Delaware corporation with its principal place of business in Nebraska.

3. Berkshire Hathaway, Inc. is a publicly held corporation that owns more than 10% of Marmon Holdings, Inc.'s stock.

Respectfully submitted October 2, 2026.

By: *<u>/s/ Carmine R. Zarlenga</u>*
Carmine R. Zarlenga

MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Phone: (202) 263-3000
Facsimile: (202) 363-5227
CZarlenga@mayerbrown.com

*Attorneys for Defendant Marmon Holdings, Inc. and Marmon Health & Welfare Plan*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed and served via the Court's electronic filing system on October 2, 2026.

By: */s/ Carmine R. Zarlenga*
Carmine R. Zarlenga