**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PHI HEALTH, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | No. 2:26-cv-01122-MHW-KAJ |
| | § | |
| **COMMUNITY INSURANCE COMPANY, INC., et al.**, | § | |
| | § | |
| *Defendants.* | § | |

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC dismisses with prejudice all of its claims in this action against Defendant Breckenridge Kitchen Equipment & Design, Inc., and the welfare benefit plan sponsored by it. The claims against the other Defendants are not dismissed and remain pending.

Dated: October 29, 2026.

Respectfully submitted,

PHI HEALTH, LLC

*/s/ Elizabeth Lemoine*

Matthew M. Zofchak (0096279) Trial Attorney
KEGLER, BROWN, HILL & RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, OH 43215
T: (614) 462-5400; F: (614) 464-2634

Elizabeth H. Lemoine (*Admitted Pro Hac Vice*)
Texas State Bar No. 24027236
elizabeth.lemoine@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

Brant C. Martin (*Admitted Pro Hac Vice*)
Texas State Bar No. 24002529
brant.martin@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Fax: (817) 332-7789

***Counsel for Plaintiff PHI Health, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2026, a true and correct copy of the foregoing document was filed and served using the Court's CM/ECF system and served upon counsel for all parties of record.

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine