**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PHI HEALTH, LLC** | § | |
| | § | |
| *Plaintiff*, | § | |
| v. | § | No. 2:26-cv-01122-MHW-KAJ |
| | § | |
| **COMMUNITY INSURANCE COMPANY, INC., et al.** | § | |
| | § | |
| *Defendants.* | § | |

---

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff PHI Health, LLC dismisses with prejudice all of its claims in this action against Defendant RealTruck Group, Inc., and the welfare benefit plan sponsored by it. The claims against the other Defendants are not dismissed and remain pending.

Dated: October 30, 2026.

Respectfully submitted,

PHI HEALTH, LLC

*<u>/s/ Elizabeth Lemoine</u>*
Matthew M. Zofchak (096279) Trial Attorney
KEGLER, BROWN, HILL & RITTER CO., L.P.A.
65 East State Street, Suite 1800
Columbus, OH 43215
T: (614) 462-5400; F: (614) 464-2634

Elizabeth H. Lemoine (*Admitted Pro Hac Vice*)
Texas State Bar No. 24027236
elizabeth.lemoine@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Fax: (214) 692-6255

Brant C. Martin (*Admitted Pro Hac Vice*)
Texas State Bar No. 24002529
brant.martin@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500
Fort Worth, Texas 76102
Telephone: (817) 332-7788
Fax: (817) 332-7789

***Counsel for Plaintiff PHI Health, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2026, a true and correct copy of the foregoing document was filed and served using the Court's CM/ECF system and served upon counsel for all parties of record.

*/s/ Elizabeth Lemoine*
Elizabeth H. Lemoine