**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PHI Health, LLC | : | |
| | : | |
| Plaintiff, | : | Case No. 2:26-cv-1122 |
| | : | |
| vs. | : | Judge Michael H. Watson |
| | : | |
| Community Insurance Company | : | Magistrate Judge Kimberly A. Jolson |
| dba Anthem Blue Cross and Blue Shield, *et. al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF PLAINTIFF'S MOTION**
**TO CONSOLIDATE RELATED ACTIONS**

PLEASE TAKE NOTICE that Plaintiff PHI Heath, LLC ("PHI") has filed its Motion to Consolidate Related Actions in *PHI Health, LLC v. Community Insurance Company, et. al*. Case No. 1:26-cv-00338-MB, in the United States District Court for the Southern District of Ohio, Western Division (the "Main Lawsuit"). This motion seeks to consolidate the instant case into the Main Lawsuit.

Respectfully submitted,

______________________________

Elizabeth H. Lemoine (*Pro Hac Vice*)
Texas State Bar No. 24027236
elizabeth.lemoine@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200

-and-

Brant C. Martin (*Pro Hac Vice*)
Texas State Bar No. 24002529
brant.martin@wickphillips.com
**WICK PHILLIPS GOULD & MARTIN, LLP**
100 Throckmorton Street, Suite 1500

Fort Worth, Texas 76102
Telephone: (817)-332-7789

-and-

/s/ Matthew M. Zofchak
Matthew M. Zofchak (0096279) *Trial Attorney*
Kegler Brown Hill & Ritter Co., L.P.A.
65 East State Street, Suite 1800
Columbus, Ohio 43215
T: (614) 462-5400; F: (614) 464-2634
mzofchak@keglerbrown.com

*Counsel for Plaintiff PHI Health, LLC*

**CERTIFICATE OF SERVICE**

I certify that on November 2, 2026, a true copy of the foregoing document was filed and served using the Court's CM/ECF system and served upon counsel for all parties of record.

/s/ Elizabeth H. Lemoine
Elizabeth H. Lemoine